

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00448-CV

Richard Charles **SCHLOTTMANN**, Sheryl Arlene Sanders and Lisa Maria Spencer,
Appellants

v.

Michael Anthony **VACEK**, Individually and as Independent Executor of the Estate of
Bernadette Schlottmann, Deceased; Kelly Joseph Vacek; and Russell Eric Vacek,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15984A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

In this accelerated appeal, Appellees' brief was due on August 29, 2016. *See* TEX. R. APP. P. 38.6(b). On the due date, Appellees filed an unopposed first motion for extension of time to file the brief until September 28, 2016. Appellees explained that the underlying case has been settled but the parties need time to close and fund the settlement.

Appellees' motion for extension of time is GRANTED. *See id.* R. 38.6(d). Appellees' brief or a motion to dismiss this appeal is due by September 28, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court